AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

MARQUISE JONES

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 1:05-M-28M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 9, 2004 in Providence county, in the District of Rhode Island defendant(s) did, (Track Statutory Language of Offense)

unlawfully flee to avoid prosecution under the laws of the State of Rhode Island for a crime which is a felony under the laws of Rhode Island.

in violation of Title 18 United States Code, Section(s) 1703 .

I further state that I am a(n) Deputy U.S. Marshal (Official Title) and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

[signature]

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-17-2005 at Providence, Rhode Island

Date | City and State

David L. Martin
U.S. Magistrate Judge

Name & Title of Judicial Officer

David L. Martin

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

/

**AFFIDAVIT**

I, Brian McDonald, on oath depose and state that:

1. I am a Deputy United States Marshal. I have been employed by the United States Marshal Service for approximately nine years.

2. The Office of the Rhode Island Attorney General and the Providence Police Department have requested the assistance of the United States Marshal Service in locating and apprehending Marquis Jones, d.o.b. 9/12/1986 alias "Quesay" Marquis Jones("Jones"). Based on the information set forth below, I believe there is probable cause to believe that Jones has violated 18 U.S.C. § 1073, and hereby request a warrant for his arrest.

3. On December 7, 2004, at approximately 10:45, Malcolm Pulliam was driving a car heading south on Route 95, containing two other passengers, Channing Oliver and Brian Davis. Pulliam noticed a car following them. Davis recognized the men in the car following them and the driver as "Quesay" Marquis Jones. Pulliam exited Route 95 at the Elmwood Avenue exit and stopped at the traffic light at the bottom of the exit ramp. The car that had been following Pulliam's pulled along side the car and someone inside that car began shooting at Pulliam, Oliver, and Davis. Both Pulliam and Oliver were wounded - Davis suffered a fatal gun shot to the head.

**ATTACHMENT A**

4. During the investigation into the events described above, Providence Police compiled a photo array containing a photograph of Jones. Pulliam and Oliver positively identified Jones as the person who was driving the car from which the shots came. Based on the above, on or about December 9, 2004, Rhode Island Bail Commissioner Finnegan issued an arrest warrant for Jones based on the charge of murder RIGL § 11-23-1. Jones is also currently wanted for failure to appear in Providence Superior Court for the Pre-Arraignment Conference on a charge of Possession of a Controlled Substance, Case No. P2-2004-3650A.

6. Law enforcement efforts to locate Jones in the State of Rhode Island have been unsuccessful. Information obtained in connection with this investigation suggests that Jones is currently in North Carolina. Specifically, Providence Police have learned that immediately following the shooting, Jones was first living with his brother, Rodney Perry, at Perry's 243 Admiral Street, Third Floor, in Providence. Providence Police learned this information from another subject arrested in connection with an unrelated crime who had been in the third floor apartment at 243 Admiral Street and seen Jones in the apartment.

7. During subsequent interviews, Providence Police learned that Jones had headed "south," possibly to North Carolina where he had family. In fact, one of the individuals whom Providence Police believe was in the car with Jones on the night of the

shooting was an individual by the name of Dexter Campbell. I searched various databases we use to assist us in locating individuals, including Infotec, Choice Point and others. I obtained an address for Dexter Campbell's mother, Vonletta Baker, who lives at 6621 Rocklake Drive in Charlotte, North Carolina.

8. Subsequently, during the first week in February, Deputy United States Marshals in Charlotte interviewed a neighbor of Ms. Baker's who identified Jones and Dexter Campbell as individuals staying at 6621 Rocklake Drive.

7. Based on the foregoing, there is probable cause to believe that Jones, alias "Quesay" Marquis Jones, has moved or traveled in interstate commerce with intent to avoid prosecution under the Laws of the State of Rhode Island, the place from which he fled, for the crime that is a felony under the laws of said State, in violation of 18 U.S.C. § 1073.

Brian McDonald
Deputy U.S. Marshal
U.S. Marshal Service

Signed and sworn to before me,
this 17th day of ~~January~~ February 2005

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE