**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **1:05-M-28M** |
| **v.** | ) | |
| | ) | |
| **MARQUISE JONES** | ) | |

RECEIVED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the defendant having been arrested and taken into custody by the State of Rhode Island, the United States Attorney for the District of Rhode Island hereby dismisses the captioned matter.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BY ORDER:

_______________________
Clerk

ENTER:

David L Martin

DAVID L. MARTIN
United States Magistrate Judge

DATE: 7-29-05