970925

RECEIVED FEB 17 2005 MARSHALS SERVICE DISTRICT OF RI

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

MARQUISE JONES

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-28M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARQUISE JONES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawful flight to avoid prosecution under the laws of the State of Rhode Island for a crime which is a felony under the laws of Rhode Island,

in violation of Title 18 United States Code, Section(s) 1073

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | 2-17-05 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and ~~executed with the arrest of the above-named defendant at~~ returned unexecuted; subject arrested by USMS W/NC and TOT RI authorities

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/17/2005 | Brian McDonald Deputy U.S. Marshal | [signature] |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.